**No. 40477.**—Protests 955324–G, etc., of Wilson & Co. et al. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists. of Roquefort cheese wrapped in foil or paper or both, similar to that the subject of Abstracts 36724 and 38185. The protests were therefore sustained.